[6 NE3d 600, 983 NYS2d 482]

In the Matter of CIRO DELLAPORTE, Respondent, v NEW YORK CITY DEPARTMENT OF BUILDINGS et al., Appellants.

Decided February 20, 2014

### APPEARANCES OF COUNSEL

*Michael A. Cardozo, Corporation Counsel,* New York City (*Karen M. Griffin* of counsel), for appellants.

*The Rosenthal Law Firm, PC,* New York City (*Douglas Rosenthal* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division correctly determined that the denial of petitioner's license renewal application lacked a rational basis.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.